## RESOLUTION

WHEREAS an indictment naming Katelyn & Claire, Inc., d/b/a Quality Express was returned in the Middle District of Louisiana and assigned the case number 12-84-BAJ-DLD;

WHEREAS a notice of re-arraignment is scheduled for Friday, March 15, 2013 at 9:00 a.m.;

WHEREAS Katelyn & Claire, Inc., d/b/a Quality Express is wholly owned by its President, Sabrina Tran, who is also referenced in the indictment Trang Dang Tran and, albeit mistakenly, by the Louisiana Secretary of State in the corporation's Articles of Incorporation as Thuy T. Dang;

THEREFORE BE IT RESOLVED that Katelyn & Claire, Inc., d/b/a Quality Express, Sabrina Tran as its corporate representative for the re-arraignment and hereby designates the law firm of Manasseh, Gill, Knipe & Belanger as counsel of record on its behalf during said proceedings.

This done and signed by Sabrina Tran on the 15th day of March, 2013.

_____
SABRINA TRAN

André Bélanger
Notary Public #26797
3-15-2013