UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| versus | : | CRIMINAL NO. 12-84-BAJ-RLB |
| | : | |
| SON NGUYEN a/k/a Tattoo | : | |

## ORDER

Considering the United States' Dismissal, leave of Court is granted for the filing of the dismissal of the Indictment in Criminal No. 12-84-BAJ-RLB, only as it pertains to SON NGUYEN a/k/a Tattoo.

DONE AND SIGNED at Baton Rouge, Louisiana, this 29th day of March, 2013.

BRIAN A. JACKSON, CHIEF JUDGE
UNITED STATES DISTRICT COURT