UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA

V.                                                              CRIMINAL ACTION NO. 3:12CR00084-BAJ

KATELYN & CLAIRE INC., d/b/a
Quality Express,
ALEX T, INC., d/b/a/ Quality Express,
THANG MINH TRAN, a/k/a Tommy,
HENRY CHINH TRAN,
TRANG DANG TRAN, a/k/a Sabrina, and
SON NGUYEN, a/k/a Tattoo

## FINAL ORDER OF FORFEITURE

**WHEREAS**, on March 26, 2012, this Court entered a Preliminary Order of Forfeiture (Docket Entry #87) forfeiting Thang Minh Tran, Trang Dang Tran, Katelyn & Claire Inc., and Alex T Inc.'s interest in the SIX HUNDRED THIRTY-TWO THOUSAND NINETY SEVEN DOLLARS AND 00/100 ($632,097.00) in United States currency currently in the possession of the Department of the Treasury; in the TWO HUNDRED TWENTY THOUSAND, SEVEN HUNDRED AND TWO DOLLARS AND 82/100 ($220,702.82) contained in Dow Louisiana Federal Credit Union account number 0557; and in the THREE THOUSAND EIGHTY-SIX DOLLARS AND 72/100 ($3,086.72) contained in Hancock Bank account number 4892; and

**WHEREAS**, The United States, in accordance with law, published notice of the forfeiture on the official government internet site (www.forfeiture.gov) for at least 30 consecutive days beginning on April 1, 2013 and ending on April 30, 2013.  Said published notices advised all third parties of their right to petition the Court within thirty (30) days of the publication date for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property pursuant to 21 U.S.C. § 853(n)(1); and

1

**WHERE AS,** direct notice of the proposed forfeiture was sent to Nick Tan and Sam Tran; and

**WHEREAS,** it appears from the record that no claims, contested or otherwise, have been filed for the property described above;

**IT IS HEREBY ORDERED, ADJUDGED and DECREED:**

That full right, title and interest in the SIX HUNDRED THIRTY-TWO THOUSAND NINETY SEVEN DOLLARS AND 00/100 ($632,097.00) in United States currency currently in the possession of the Department of the Treasury; in the TWO HUNDRED TWENTY THOUSAND, SEVEN HUNDRED AND TWO DOLLARS AND 82/100 ($220,702.82) contained in Dow Louisiana Federal Credit Union account number 0557; and in the THREE THOUSAND EIGHTY-SIX DOLLARS AND 72/100 ($3,086.72) contained in Hancock Bank account number 4892 are hereby condemned, forfeited, and vested in the United States of America, and shall be disposed of in accordance with law.

**IT IS HEREBY FURTHER ORDERED, ADJUDGED and DECREED** that Dow Louisiana Federal Credit Union shall release all funds being held in account number 0557 to Special Agents of the Internal Revenue Service so that they can be forfeited to the United States.

**IT IS HEREBY FURTHER ORDERED, ADJUDGED and DECREED** that Hancock Bank shall release all funds being held in account number 4892 to Special Agents of the Internal Revenue Service so that they can be forfeited to the United States.

**IT IS HEREBY FURTHER ORDERED, ADJUDGED and DECREED** this Order shall become final as to the defendants at the time of sentencing, be made part of their sentence, and be included in their criminal judgment.

**IT IS HEREBY FURTHER ORDERED, ADJUDGED and DECREED** that this Court shall retain jurisdiction to enforce this Order.

SO ORDERED this 24th day of June, 2013, at Baton Rouge, Louisiana.

_____
BRIAN A. JACKSON, CHIEF JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA